UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UMB BANK, N.A.,                                                         :
                                                                        :
                        Plaintiff,                                      :
                                                                        :          24-CV-8668 (JMF)
        -v-                                                             :
                                                                        :          ORDER
BRISTOL-MYERS SQUIBB COMPANY, et al,                                    :
                                                                        :
                        Defendants.                                     :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       This case has been reassigned to the undersigned.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at http://nysd.uscourts.gov/judge/Furman**.

       No later than **December 3, 2024,** the parties shall confer and file a joint letter, not to exceed four pages, proposing next steps in this case, including whether and when the Court should hold a conference.  No later than **November 21, 2024**, Plaintiff shall serve a copy of this Order on Defendants and their counsel and file proof of such service on ECF.

       SO ORDERED.

Dated: November 19, 2024
       New York, New York

                                                    JESSE M. FURMAN
                                             United States District Judge