UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB BANK, N.A., solely in its capacity as Trustee under the Contingent Value Rights Agreement by and between Bristol-Myers Squibb Company and Equiniti Trust Company, dated November 20, 2019,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRISTOL-MYERS SQUIBB COMPANY and EQUINITI TRUST COMPANY, LLC,<br><br>　　　　　　　Defendants. | Case No. 1:24-cv-8668<br><br>**ORDER SEALING EXHIBITS TO COMPLAINT** |

Plaintiff, having moved to file under seal unredacted copies of Exhibits D, E, G, H, and I incorporated into the complaint in this matter and redacted copies of the same exhibits in public view, and the Court having reviewed the application and having found sufficient cause under <u>Federal Rule of Civil Procedure 5.2(d)</u> to order unredacted copies of those exhibits to remain under seal, it is hereby

ORDERED that (1) the unredacted copies of Exhibits D, E, G, H, and I incorporated into the complaint in this matter shall remain under seal and (2) Plaintiff shall file its proposed redactions to these exhibits in public view.

The Clerk of Court is directed to terminate ECF No. 5.

　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　November 22, 2024