Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104
212.390.9000

Philippe Z. Selendy
Partner
212.390.9002
pselendy@selendygay.com

> Application GRANTED. The Clerk of Court is directed to terminate ECF No. 43 in 24-CV-8668 and ECF No. 174 in 21-CV-4897, and to docket this endorsement in 24-CV-8668 and 21-CV-4897. All future filings in 24-CV-8668 should be filed on that docket alone.
>
> SO ORDERED.
> February 4, 2025

February 3, 2025

Via ECF

Hon. Jesse M. Furman
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **UMB Bank, N.A. v. Bristol Myers Squibb Company, No. 24-cv-08668-JMF [rel. 1:21-cv-04897-JMF]**

Dear Judge Furman,

We write on behalf of Plaintiff UMB Bank, N.A. ("UMB"), solely in its capacity as Trustee under the Contingent Value Rights Agreement. UMB respectfully requests leave to file under seal Exhibits D, E, G, H, I, and R to its amended complaint and to file redacted versions of those exhibits in public view. UMB respectfully submits that these exhibits should be sealed for the same reasons stated in UMB's Memorandum of Law in Support of Motion to File Exhibits Under Seal, ECF 6, which motion the Court granted on November 22, 2024, ECF 21 (the "Sealing Order").

UMB's proposed redactions to Exhibits D, E, G, H, and I to the amended complaint cover the same categories of information redacted in UMB's prior Exhibits D, E, G, H, and I as covered by the Sealing Order.

Exhibit R is a compilation of the sealed information contained in Exhibits G and H for the convenience of the Court and the parties and has not previously been submitted to the Court. UMB respectfully requests that Exhibit R remain entirely under seal.

February 3, 2025

      Defendants consent to the relief requested herein.

Sincerely,

*[signature]*

Philippe Z. Selendy
Partner