UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
UMB BANK, N.A.,                                    :
:
                            Plaintiff,             :                24-CV-8668 (JMF)
:
            -v-                                     :                ORDER
:
BRISTOL-MYERS SQUIBB COMPANY et al.,               :
:
                            Defendants.            :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

 In light of Defendant Bristol-Myers Squibb Company's ("BMS") new motion to dismiss, *see* Docket No. 51, and Defendant Equiniti Trust Company, LLC's answer to Plaintiff's Amened Complaint, *see* Docket No. 55, both Defendants' earlier motions to dismiss, *see* ECF Nos. 34 and 38, are hereby DENIED as moot. Plaintiff's opposition to BMS's new motion to dismiss is due by **March 20, 2025**. BMS's reply, if any, is due by **March 27, 2025**.

 The Clerk of Court is directed to terminate ECF Nos. 34 and 38.

 SO ORDERED.

Dated: March 7, 2025
  New York, New York       _____
               JESSE M. FURMAN
             United States District Judge