UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UMB BANK, N.A.,                                             :
:
                  Plaintiff,    :    24-CV-8668 (JMF)
:
      -v-                                         :    ORDER
:
BRISTOL-MYERS SQUIBB COMPANY et al.,          :
:
                  Defendants.  :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Earlier today, the Court entered an Order setting a briefing schedule for the new motion to dismiss filed by Defendant Bristol-Myers Squibb Company.  *See* ECF No. 56.  In doing so, the Court inadvertently overlooked that it had previously adopted a briefing schedule proposed by the parties.  *See* ECF No. 48.  That briefing schedule remains in effect, and the parties should disregard the briefing schedule set forth in the Order entered earlier today.

      SO ORDERED.

Dated: March 7, 2025
       New York, New York
                                                          JESSE M. FURMAN
                                           United States District Judge