UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X

UMB BANK, N.A.

               Plaintiff,

        -v-                              24-CV-8668 (JMF)

BRISTOL-MYERS SQUIBB COMPANY, et al.,

               Defendant.

-----------------------------------------------------------------------

TRAVIS RHODES,

               Plaintiff,

        -v-                              25-CV-6269 (JMF)

BRISTOL-MEYERS SQUIBB COMPANY,

               Defendant.                        <u>ORDER</u>

------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

On July 30, 2025, Plaintiff Travis Rhodes filed a complaint in 25-CV-6269, along with a Statement of Relatedness to cases 21-CV-4897 and 24-CV-8668. As of this Order, no motion for consolidation has been filed, but 25-CV-6268 has been accepted by the Court as related to 24-CV-8668, and the cases appear to involve common questions of law and fact.

The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **August 11, 2025**. If no party opposing consolidation, the Court will consolidate the two cases without further notice to the parties. In either case, **the parties in 25-CV-6269** shall file a **joint letter**, no later than the **same date**, indicating their views on the next steps in that case given the posture of the related cases.

SO ORDERED.

Dated: August 4, 2025
     New York, New York

                                            _____
                                             JESSE M. FURMAN
                                          United States District Judge