

**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
**T** 212.335.4500
**F** 212.335.4501
**W** www.dlapiper.com

JOHN J. CLARKE, JR.
john.clarke@us.dlapiper.com
**T** 212.335.4920

November 24, 2025

*By ECF*

Hon. Jesse M. Furman
United States District Court for the
 Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>UMB Bank, N.A. v. Bristol-Myers Squibb Co., et al.</u>, No. 24 Civ. 8668 (JMF)

Dear Judge Furman:

    I am writing on behalf of defendant Bristol-Myers Squibb Company ("<u>BMS</u>") to request the Court's approval of certain initial scheduling matters relating to crossclaims recently asserted against BMS by defendant Equiniti Trust Company LLC ("<u>Equiniti</u>"). Equiniti consents to the extension and briefing schedule we are requesting in this letter.

    Equiniti filed a notice of crossclaims on November 14, 2025, asserting several claims against BMS in its capacity as the trustee under the CVR Agreement if "either this Court or the [Second Circuit] determine that UMB is not the [t]rustee." ECF No. 81, ¶ 15. If the notice of crossclaims is a pleading, BMS's response is due to be filed by Friday, December 5, 2025. Fed. R. Civ. P. 12(a)(1)(B).[1]

    Subject to the Court's approval, Equiniti has agreed to extend BMS's deadline to respond to the crossclaims until <u>Thursday, December 18, 2025</u>, and the parties have agreed to the following schedule for further briefing if BMS responds with a Rule 12 motion:

    <u>January 29, 2026</u>                          Equiniti to serve its opposition papers

    <u>February 13, 2026</u>                        BMS to serve its reply

    Good cause exists for the schedule requested. The current response deadline conflicts with the date for argument before a panel of the Second Circuit in *UMB Bank, N.A. v. Bristol-Myers*

---

[1] Crossclaims must be asserted as part of a pleading, and Equiniti's notice was not a pleading. Fed. R. Civ. P. 7(a), 13(g). BMS reserves all of its rights and defenses on that point.



Hon. Jesse M. Furman  
U.S. District Court, S.D.N.Y.  
November 24, 2025  
Page 2

*Squibb Co.* The requested extension and briefing schedule also take into account conflicts arising from the Thanksgiving holiday this week and year-end holidays in December.

    BMS respectfully requests that the Court approve the requested extension and briefing schedule.

Respectfully submitted,

John J. Clarke, Jr.

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 83.

SO ORDERED.

November 25, 2025