August 28, 2026

**<u>Via ECF</u>**

The Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *UMB Bank, N.A. v. Bristol-Myers Squibb Co. et al.*, No. 24-cv-8668-JMF**

Dear Judge Furman:

Pursuant to the Court's directive during the June 18, 2026 hearing regarding trial scheduling, undersigned counsel for Bristol-Myers Squibb Company ("BMS"), UMB Bank, N.A. ("UMB"), and Equiniti Trust Company LLC ("Equiniti") (collectively, the "Parties") respectfully submit this joint letter indicating dates that the Parties are available for trial in late 2027 and early 2028.

The Parties are available to begin trial on any of the following dates:

- November 8, 2027
- January 24, 2028
- February 28, 2028

Although the Parties are available to begin trial on any of the above dates, the Parties jointly prefer either of the first two dates (November 8, 2027 or January 24, 2028) and submit the third date (February 28, 2028) as an alternative. The Parties anticipate that trial will last approximately 2 to 4 weeks.

Respectfully submitted,

/s/ *Jeannie S. Rhee*

Jeannie S. Rhee
Dunn Isaacson Rhee LLP
401 Ninth Street, NW
Washington, DC 20004
Tel: (202) 240-2900
jrhee@dirllp.com

*Attorneys for UMB Bank, N.A., solely in its capacity as Trustee under the CVR Agreement*

/s/ *Elliot Moskowitz*

Elliot Moskowitz
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
elliot.moskowitz@davispolk.com

*Attorneys for Equiniti Trust Company, LLC*

/s/ *Maeve L. O'Connor*

Maeve L. O'Connor
mloconnor@debevoise.com
Daniel M. Gitner
dmgitner@debevoise.com
Susan Reagan Gittes
srgittes@debevoise.com
Josh A. Cohen
jacohen@debevoise.com
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
Tel: (212) 909-6000

John J. Clarke, Jr.
john.clarke@us.dlapiper.com
Jessica A. Masella
Jessica.masella@us.dlapiper.com
DLA Piper LLP (US)
1251 Ave. of the Americas
New York, NY 10020
Tel: (212) 335-4920

*Attorneys for Bristol-Myers Squibb Company*